

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00893-CR

Ryan Stephen **KIDD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7803
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED September 4, 2019.

Sandee Bryan Marion, Chief Justice